HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for JOSE MARTINEZ SANTOYO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ SANTOYO, <br><br> Petitioner, <br><br> vs. <br><br> LASHA BOYDEN, United States Marshal for the Eastern District of California, et al. <br><br> Respondents. | Case No: 23-cv-00447-DJC-JDP <br><br> STIPULATION AND ORDER REQUESTING BRIEFING AND HEARING DATES |

IT IS HEREBY STIPULATED and jointly requested by the parties, ALSTYN BENNETT, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Petitioner, JOSE MARTINEZ SANTOYO, that the briefing schedule for this habeas proceeding challenging the extradition certification be set as follows:

| | |
|---|---|
| Amended Habeas Petition | May 11, 2023 |
| Government Response | June 1, 2023 |
| Reply | June 15, 2023 |
| Hearing Date | July 13, 2023 at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson |

//

//

A proposed order is submitted below.

1                                                                                           Martinez – Stipulation and Order

| | | |
|---|---|---|
| 1 | DATED: April 17, 2023 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | /s/ *Rachelle Barbour* |
| | | RACHELLE BARBOUR |
| 5 | | Assistant Federal Defender |
| 6 | | Attorneys for JOSE MARTINEZ SANTOYO |
| 7 | | |
| | DATED:  April 17, 2023 | PHILLIP A. TALBERT |
| 8 | | United States Attorney |
| 9 | | /s/ Alstyn Bennett |
| 10 | | ALSTYN BENNETT |
| | | Assistant U.S. Attorney |
| 11 | | Attorney for the United States |

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated:   May 1, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE