HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916.498.5700
Rachelle_barbour@fd.org

Attorney for Petitioner
JOSE TRINIDAD MARTINEZ SANTOYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRINIDAD MARTINEZ SANTOYO,<br><br>Petitioner,<br><br>vs.<br><br>LASHA BOYDEN, et al.,<br><br>Respondents. | Case No.: 2:23-CV-00447-DJC-JDP<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO STAY EXTRADITION PENDING APPEAL**<br><br>Date: June 6, 2024<br>Time: 1:30 p.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Elliot C. Wong, Assistant United States Attorney, attorneys for Respondents, and Heather Williams, Federal Defender, through Assistant Federal Defenders Rachelle Barbour and Carolyn Wiggin, attorneys for Petitioner Jose Trinidad Martinez Santoyo, that the hearing on Mr. Martinez Santoyo's motion to stay his extradition pending appeal be continued from June 6, 2024, at 1:30 p.m., to June 27, 2024, at 1:30 p.m.

One of Mr. Martinez Santoyo's attorneys will not be able to attend the June 6, 2024, hearing for health reasons. The next available hearing date for this matter is June 27, 2024, at 1:30 p.m. Respondent does not object to the continuance.

//

//

Dated: June 4, 2024

HEATHER E. WILLIAMS
Federal Defender

*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for Petitioner
JOSE TRINIDAD MARTINEZ SANTOYO

Dated: June 4, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Elliot C. Wong*
ELLIOT C. WONG
Assistant United States Attorney
Attorney for Respondent

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The hearing on Mr. Martinez Santoyo's motion to stay his extradition pending his appeal shall be continued from June 6, 2024, at 1:30 p.m., to June 27, 2024, at 1:30 p.m.

Dated: June 4, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE